BTXN 138 (rev. 03/15)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re:<br>Senior Care Centers, LLC<br><br>Alan D. Halperin<br><br>   vs.<br>Eric Wills et al.<br><br>Alan D. Halperin<br><br>   vs.<br>Eric Wills et al | Debtor(s)<br><br>Plaintiff(s)<br><br>Defendant(s)<br><br>Plaintiff(s)<br><br>Defendant(s) | Case No.: 18−33967−sgj11<br>Chapter No.: 11<br><br>Adversary No.: 20−03178−sgj<br><br>Civil Case No.: 3:21−CV−01498−B |

# NOTICE OF TRANSMITTAL REGARDING WITHDRAWAL OF REFERENCE

I am transmitting:

- ☐ One copy of the Motion to Withdraw Reference (USDC Civil Action No. − DNC Case) **NOTE**: A Status Conference has been set for at , in _ before U.S. Bankruptcy Judge _. The movant/plaintiff, respondent/defendant or other affected parties are required to attend the Status Conference.

- ☑ One copy of: Report and Recommendation to the District Court. Entered 7/15/2021 .

**TO ALL ATTORNEYS:** Fed.R.Bankr.P. 5011(a) A motion for withdrawal of a case or proceeding shall be heard by a district judge, [*implied*] that any responses or related papers be filed likewise.

DATED: 7/15/21

FOR THE COURT:
Robert P. Colwell, Clerk of Court

by: /s/J. Blanco, Deputy Clerk